IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GLENN RAY SEXTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:23-CV-359-RAH-CSC |
| ) | |
| DANNY BOND, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

On June 9, 2023, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 4.)  Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

Final judgment will be entered separately.

DONE, on this the 5th day of July 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE